# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| | )   Case No.   16-mj-01100-CBS |
| | ) |
| BRIENT EUGENE ROBERTS | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:  On or about June 10, 2016, in the State and District of Colorado, BRIENT EUGENE ROBERTS, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*James Anderson*
*Complainant's signature*

James Anderson, TFO ATF
*Printed name and title*

Sworn to before me and:  ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **9:32 am, Jun 11, 2016**

City and state:  Denver, Colorado

Craig B. Shaffer   *Judge's signature*

United States Magistrate Judge
*Printed name and title*