## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James Anderson, Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Department of Justice, being duly sworn, hereby state as follows:

1. I have been employed as a Task Force Officer for ATF since May 23, 2005. In such capacity, I investigate violations of federal criminal law, including firearms offenses, and I am authorized to make arrests for federal crimes. In conjunction with being a Task Force Officer (TFO) with ATF, and being sworn into the United States Marshal's Service as a Special Deputy United States Marshal, I am also a Detective with the Denver Police Department assigned to the Investigative Support Division.

2. This affidavit is presented in support of an arrest warrant and criminal complaint. Based on the following facts, I submit there is probable cause to believe that on or about June 10, 2016 in the State and District of Colorado, Brient Eugene ROBERTS DOB 10/23/1967, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

3. The following statements are based upon my training and experience, consultation with other experienced investigators, agents and other sources of information related to this and other firearms investigations. This affidavit is intended to set forth probable cause in support of the criminal complaint and arrest warrant and does include all the facts I know about this investigation.

4. On June 9, 2016 Denver Police Department (DPD) Detective Michael Martinez contacted me and advised that he was investigating a Homicide that occurred in Denver on November 3, 2015 at the

Sand and Sage motel, located at 8415 East Colfax Avenue and that the investigation led him to an individual identified as Brient Eugene ROBERTS DOB 10/23/1967. Detective Martinez also advised that Brient ROBERTS was supposed to have firearms at his residence located at 4561 Ceylon Street in Denver, Colorado.

5.  On June 10, 2016 Detective Martinez authored a State of Colorado search warrant to search the residence of Brient ROBERTS, located 4561 Ceylon Street in Denver, Colorado. In the search warrant affidavit, Detective Martinez explained that the primary Homicide suspect Brandon Tademy had contacted Irina Malaya DOB 07/29/1987 (who is his girlfriend) by telephone from the Arapahoe County Jail and told her to go to his storage unit and get the safe, ammunition, and guns out and put them in the trunk of her car. Brandon Tademy then told Malaya to then park the car and he would have someone come and get the stuff. Brandon Tademy was in custody in the Arapahoe County Jail on unrelated charges at this time and he spoke with Malaya on a recorded jail telephone.

6.  The Homicide investigation detailed the fact that on Friday May 20, 2016 Irina Malaya was at the Denver Police Department Headquarters building. Detective Martinez then met with Malaya and conducted an interview with her. It should be noted that this was a second interview that Detective Martinez had conducted with Malaya in reference to the above mentioned Homicide. During this interview, Malaya admitted to Detective Martinez that she had been contacted by Brandon Tademy and Tademy had told her to go to his storage unit and remove items including a safe, ammunition and an AK-47 assault rifle. This confirmed what Detective Martinez had heard while listening to the recorded jail telephone calls. When asked what was in the safe, Malaya claimed that she was not certain, but thought there were guns in the safe. Malaya admitted that after retrieving items from the storage unit, she left the car parked at Alameda and Dayton Street. Malaya then went back to the

vehicle later that night and drove the vehicle with the items still in the trunk, to an address at 46th and Tower Road. Malaya was not sure of the address, but advised that she could point it out. Malaya also stated that the person that lived at this residence was named "Brient" and he lived alone. Malaya stated that the AK-47 rifle, ammunition and safe were put in the garage at this residence.

7. Malaya then took other DPD Detectives to the residence that she had described belonging to "Brient" and pointed it out. The address was in the area of 46th and Tower Road and was found to be 4561 Ceylon Street in Denver, Colorado. Detective Martinez then discovered that an individual named Brient Eugene ROBERTS lived at this address. Malaya ended up viewing a photograph of Brient ROBERTS and positively identifying the photograph of being that of Brient ROBERTS. Malaya while identifying the photograph, indicated that this was the person that lived at 4561 Ceylon Street in Denver, Colorado and the person she gave the safe, AK-47 assault rifle and ammunition to. Malaya also claimed that Brient ROBERTS told her that he had opened the safe and found seven (7) to eight (8) guns inside. Malaya stated that ROBERTS then told her that he gave the guns from the safe to a nephew. Malaya stated that she did not know what happened to the AK-47, the safe or the ammunition.

8. Later in the day, on May 20, 2016 Malaya was arrested for investigation of Accessory to a Crime and tampering with evidence.

9. On May 27, 2016 Detective Martinez contacted and interviewed Brandon Tademy at the Arapahoe County Jail. After being advised of his Miranda Warnings and waiving his rights to have an attorney present during questioning, Tademy was asked about the storage unit. Tademy denied having someone go and remove a safe, guns and ammunition from the storage unit. Tademy

claimed that none of those items were in the storage unit. Later, Tademy admitted that he had guns in the storage unit in the past, but not now.

10. On June 10, 2016 Detective Martinez authored a State search warrant to search 4561 Ceylon Street in Denver, Colorado, to search for and seize an AK-47 assault rifle, black metal safe, plastic bins containing ammunition and any and all handguns, to assist in corroborating the information provided by Irina Malaya, so that the Homicide investigation could continue. The search warrant was reviewed by Chief Denver Deputy District Attorney Doug Jackson and reviewed and signed by Denver County Court Judge Doris E. Burd.

11. Previously, on June 9, 2016, after speaking with Detective Martinez and prior to the execution of the search warrant at 4561Ceylon Street in Denver, Colorado, I reviewed Brient Eugene ROBERTS' criminal history and Colorado Court information. I found that ROBERTS had the following adult felony convictions, prohibiting him from possessing firearms and ammunition:

- In Adams County District Court case #2008CR505 Brient Eugene ROBERTS pleaded guilty to Colorado Revised Statute (C.R.S.) 18-18-405(1)(2,3)(a)(I), Possession of a Schedule 2 Controlled Substance, a class 6 felony and was sentenced on 05/11/2009.

- In Denver County District Court case #2007CR10036, Brient Eugene ROBERTS pleaded guilty to Colorado Revised Statute (C.R.S.) 18-8-208.1(2), Attempted Escape from Felony Pending, a class 5 felony and was sentenced on 07/17/2007.

- In Adams County District Court case #2005CR1807, Brient Eugene ROBERTS pleaded guilty to Colorado Revised Statute (C.R.S.) 18-18-405(1)(2,3)(a)(I), Possession of a Schedule 2 Controlled Substance, a class 6 felony and was sentenced on 07/07/2006.

- In Arapahoe County District Court case #2003CR57, Brient Eugene ROBERTS pleaded guilty to

Colorado Revised Statute (C.R.S.) 18-18-405(1)(2)(c)(I) Attempted Possession of a Schedule 4 Controlled Substance, a class 6 felony and was sentenced on 04/17/2003.

- In Denver County District Court case #1999CR3095, Brient Eugene ROBERTS pleaded guilty to Colorado Revised Statute (C.R.S.) 18-8-208.1(2) Attempted Escape from Felony Pending, a class 5 felony and was sentenced on 10/12/1999.

- In Denver County District Court case #1996CR4247, Brient Eugene ROBERTS pleaded guilty to Colorado Revised Statute (C.R.S.) 18-8-204.1(3) First Degree Possession of Contraband, No Dangerous Instrument, a class 6 felony and was sentenced on 11/04/1996.

- In Denver County District Court case #1996CR3466, Brient Eugene ROBERTS pleaded guilty to Colorado Revised Statute (C.R.S.) 18-8-204.1(3) First Degree Possession of Contraband, No Dangerous Instrument, a class 6 felony and was sentenced on 11/04/1996.

- In Denver County District Court case #1995CR1940, Brient Eugene ROBERTS pleaded guilty to Colorado Revised Statute (C.R.S.) 18-8-208.1(1) Attempted Escape Convicted Felon, a class 4 felony and was sentenced on 06/22/1995.

- In Denver County District Court case #1993CR1748, Brient Eugene ROBERTS pleaded guilty to Colorado Revised Statute (C.R.S.) 18-18-405 Possession of a Controlled Substance, a class 4 felony and was sentenced on 06/29/1993.

- In Denver County District Court case #1992CR2579, Brient Eugene ROBERTS pleaded guilty to Colorado Revised Statute (C.R.S.) 18-18-405 Possession of a Controlled Substance, a class 4 felony and was sentenced on 09/29/1992.

12. On June 10, 2016 at approximately 1530 hours, ATF Task Force Officers (TFO's) Detective Adam Golden, Sergeant Bonfante and I conducted pre search warrant surveillance at 4561 Ceylon Street in Denver, Colorado. At approximately 1718 hours, I observed an individual I identified as Brient

ROBERTS walking in and out of the garage at this address and then moving cars from his driveway to the street and then back into the driveway. ROBERTS then got into a black BMW bearing temporary Colorado license plate 23204P, that was parked in front of the residence and drove away. This vehicle was then stopped a few blocks away (on 45th Avenue between Biscay and Argonne Street) by a marked DPD patrol car and ROBERTS was detained, pending the execution of the search warrant.

13. After detaining ROBERTS, TFO Golden met with ROBERTS and obtained a voluntary consent to search this vehicle. While searching the vehicle and without being asked any questions ROBERTS stated that he had a nine (9mm handgun) at his residence. TFO Golden stopped ROBERTS and told him that they would speak about that later.

14. Shortly after detaining ROBERTS, the DPD Metro SWAT Team conducted the entry to the residence and secured it for the execution of the search warrant. I assisted with the search of the residence and started searching the residence in the master bedroom. This was a 3 bedroom residence with only one bed which was located in the master bedroom. The other 2 rooms were used as a gym and storage for tennis shoes and other miscellaneous male clothing.

15. While searching the master bedroom, I searched one of the closets next to the bathroom door and located a flexible hanging storage container, hanging from the closet rod. As I removed a set of sheets from one of the shelves in the hanging unit, I observed a handgun case. I opened the handgun case and found that the case contained a Sig Sauer, model P226 S4, 9mm pistol, bearing serial number U847113. I found that this pistol had no round of ammunition in the pistol chamber and 8 rounds of Remington (R-P) brand 9mm luger ammunition in the pistol magazine. It should be noted that all of the clothing in this closet appeared to be males clothes, including pants, shirts and sports jerseys.

16. While searching the closet on the other side of the master bedroom which also contained only males clothing, Detective Daniel Andrews recovered a box of 50 rounds of CBC brand ammunition on the shelf. I also located a plastic file box with numerous items of mail and other correspondence in the name of Brient ROBERTS which had been in this closet.

17. While searching the BMW, Detective Golden recovered suspected crack cocaine and an insurance card in the name of Brient ROBERTS, with the address of 4561 Ceylon Street in Denver, Colorado.

18. Brient ROBERTS was transported to the DPD District 5 Police Station for further processing and to be interviewed. At approximately 8:00pm, after being advised of his Miranda Warnings via DPD form #369 advisement and waiver of rights, ROBERTS agreed to speak with both Detective Martinez and TFO Golden without having an attorney present. During the interview with TFO Golden, TFO Golden asked ROBERTS specifically about the recovered firearm from 4561 Ceylon Street. ROBERTS told Detective Golden that he obtained the 9mm handgun from his friend named Ray about 3 days ago. ROBERTS said that his fingerprints would be on the gun because he has handled it. ROBERTS advised that he lives at 4561 Ceylon Street by himself and he knows he is a felon and is not supposed to possess guns.

19. After recovering the firearm, I contacted ATF Special Agent (SA) Mark Feltz, who is certified in firearms interstate nexus determinations. SA Feltz advised that neither the Sig Sauer, model P226 S4, 9mm pistol, bearing serial number U847113, nor any of the recovered ammunition were manufactured in the State of Colorado and therefore must have traveled in, or affected interstate or foreign commerce prior to being recovered at 4561 Ceylon Street in Denver, Colorado.

20. I also examined and conducted a function test of the Sig Sauer, model P226 S4, 9mm pistol, bearing serial number U847113. I found that this pistol functioned as designed and fit the definition of a firearm under Title 18, United States Code, Section 921(a)(3): any weapon which will, or is designed to, or may readily be converted to expel a projectile by the action of an explosive.

21. I submit that there is probable cause to believe that on or about June 10, 2016, in the State and District of Colorado, Brient Eugene ROBERTS DOB 10/23/1967, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(1). Therefore, I request the issuance of a complaint for such offense and arrest warrant.

22. I, James Anderson, being duly sworn according to law, depose and say that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

Affirmed under penalty of perjury on this 11th day of June, 2016.

    _s/James Anderson_____
    James Anderson, Task Force Officer
    Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me this _11th_ day of June, 2016.

    _____
    United States Magistrate Judge
    District of Colorado

**Affidavit reviewed and submitted by Martha Paluch, Assistant United States Attorney.**