DEFENDANT: BRIENT EUGENE ROBERTS

YOB: 1967

ADDRESS (CITY/STATE): Denver, Colorado

OFFENSE(S): Felon in possession of a firearm, 18 U.S.C. § 922(g)(1)

LOCATION OF OFFENSE (COUNTY/STATE): Denver, Colorado

PENALTY: 10 years in prison, $250,000, 3 years supervised release, $100 special assessment

AGENT: TFO James Anderson

AUTHORIZED BY: Martha Paluch
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  X   five days or less     _____ over five days     _____ other

THE GOVERNMENT

  X   **will** seek detention in this case     _____ will **not** seek detention in this case

The statutory presumption of detention is or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:     _____ Yes     X   No