AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2016 JUN 14 PM 4: 34

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

United States of America )
v. )
) Case No. 16-mj-1100-CBS
BRIENT EUGENE ROBERTS )
*Defendant* )

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows: Felon in possession of a firearm, 18 U.S.C. § 922(g)(1).

Date: **9:32 am, Jun 11, 2016**

City and state: **Denver, Colorado**

*Issuing officer's signature*
Craig B. Shaffer
United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* **06-11-2016**, and the person was arrested on *(date)* **06-14-2016**
at *(city and state)* **DENVER, CO**.

Date: **06-14-2016**

*Arresting officer's signature*

ATF TFO ADAM GOLDEN
*Printed name and title*