IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-mj-1100

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BRIENT EUGENE ROBERTS,

      Defendant.

_____

## NOTICE OF APPEARANCE

_____

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Robert W. Pepin
ROBERT W. PEPIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
robert.pepin@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2016, I electronically filed the foregoing

## NOTICE OF APPEARANCE

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch, Assistant U.S. Attorney
Martha.Paluch@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Brient Eugene Roberts (*via U.S. Mail)*


s/Robert W. Pepin
ROBERT W. PEPIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
robert.pepin@fd.org
Attorney for Defendant