16-mj-1100

To Who it May Concern, my father Brient Roberts is a good father and Grandad. He helps a hole lot. He is the backbone of the family. Without him we wouldn't make it. Thank you for taking the time to read this letter.

Brent Prune

16-mj-1100

June 16, 2016

To Whom it may concern:

I Niamie I Dixon, I am the mother of Brent E Roberts. We have seven grandchildren between 17-3 years old. He is a big asset to this family. If he was to be taken away he would be greatly missed.

Thank you!

N. Dixon

16-mj-1100

June 15, 2016

To whom it may concern Brent Roberts is my father he is a very important man in me and my kids life I am really sick He helps me get to my Doctors appointments he watches my babies and together we take care of my uncle Leon who needs a caregiver. We take turns every other day going to his home and taking care of him. My father is a great man with out him out on the streets I will fall apart. He helps my boys stay out of trouble and the work with him.

Thank you
Lanoska L Prince
720-949-9627
Brent Roberts oldes child.