IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-mj-01100-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIENT EUGENE ROBERTS,

Defendant.

___

**ENTRY OF APPEARANCE OF COUNSEL**
___

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    United States of America

Kurt J. Bohn
Name of Attorney

United States Attorney's Office
Firm Name

1225 17th Street, Suite 700
Office Address

Denver, CO 80202
City, State, ZIP Code

303-454-0100
Telephone Number

Kurt.Bohn@usdoj.gov
Primary CM/ECF E-mail Address

//
//
//
//
//

DATED at Denver, Colorado this 28th day of June, 2016.

                          Respectfully submitted,

                          JOHN F. WALSH
                          United States Attorney

By:  *s/Kurt J. Bohn*
      KURT J. BOHN
      Assistant United States Attorney
      1225 17th Street, Suite 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      E-mail: Kurt.Bohn@usdoj.gov
      Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2016, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

Robert Pepin
Robert_Pepin@fd.org

                                                  *s/Kaily Kannianen*
                                                  KAILY KANNIANEN
                                                  Legal Assistant
                                                  U.S. Attorney's Office
                                                  1225 17th Street, Suite 700
                                                  Denver, CO 80202
                                                  Telephone: (303) 454-0100
                                                  FAX: (303) 454-0406
                                                  E-mail: Kaily.Kannianen@usdoj.gov